UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

KHALILAH M. MENDEZ,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP
INCORPORATED, AND
JOHN DOE,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. <u>Mims v. Arrow Fin. Servs. LLC,</u> 132 S. Ct. 740 (2012). Venue in this District is proper because Plaintiff resides here and Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, placed telephone calls into this District on behalf of Defendant, JOHN DOE.

## PARTIES

3. Plaintiff, KHALILAH M. MENDEZ, is a natural person and citizen of the State of Florida who resides in Miami-Dade County, Florida.

4. Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, is a corporation with its principal place of business at Suite 310, 7825 Washington Ave, Minneapolis, MN 55439.

5. Defendant, JOHN DOE, is the creditor on whose behalf, PINNACLE FINANCIAL GROUP INCORPORATED, was attempting to collect an alleged debt. Plaintiff is presently unaware of the name of this individual, will obtain it through discovery and amend her complaint accordingly.

6. Because JOHN DOE is the creditor on whose behalf PINNACLE FINANCIAL GROUP INCORPORATED placed the calls, it is jointly and severally liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

**FACTUAL ALLEGATIONS**

7. Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, or others acting at its request, on behalf of JOHN DOE, left the following message on Plaintiff's cellular voice mail on or about the date stated:

**June 23, 2009– Pre-Recorded Message**
(inaudle) By continuing listening to this message. By continuing listening to this message you acknowledge you are Khalilah Mendez. This Shan from Pinnacle Financial Group, this is an attempt to collect a debt by debt collectors any information obtains will be used for that purpose. Please contact me about an important business matter at 877-209-4163, 877-209-4163. This message is for Khalilah Mendez, if you are not Khalilah Mendez please hang up, disconnect or delete this message. If you are Khalilah Mendez, press the 9 key now or continue to listen to this message. By continuing to listen to this message, you acknowledge you are Khalilah Mendez. This is Shan from Pinnacle Financial Group. This is an attempt to collect a debt by debt collectors any information obtains will be used for that purpose. Please contact me about important business matter 877-209-4163,877-209-4163

8. Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, or others acting at its request, on behalf of JOHN DOE, left similar or identical messages on other occasions. (Collectively, "the telephone messages").

9. Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, or others acting at its request, on behalf of JOHN DOE, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone.

10. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

11. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

12. Plaintiff incorporates Paragraphs 1 through 11.

13. Defendant, PINNACLE FINANCIAL GROUP INCORPORATED, or others acting at its request, on behalf of JOHN DOE, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, PINNACLE FINANCIAL GROUP INCORPORATED, and JOHN DOE. for:

    a. Damages;

    b. a declaration that Defendants calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com


/s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

5