UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23570-CIV-SEITZ/SIMONTON

KHALILAH M. MENDEZ,

      Plaintiff,

v.

PINNACLE FINANCIAL GROUP
INCORPORATED, *et al.*,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the Joint Stipulation of Dismissal With Prejudice [DE-12]. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that:

(1)     This case is DISMISSED WITH PREJUDICE and each party shall bear their own attorney's fees and costs.

(2)     All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)     This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 14 day of March, 2013.

                                                  PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record